# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| OSCAR IBANEZ § <br> § <br> v. § <br> § <br> GREEN MEADOWS DESIGN AND § <br> LANDSCAPING, INC., ET AL. § | Civil Action No. 4:16-CV-730 <br> (Judge Mazzant/Judge Nowak) |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #17) filed in this cause by Plaintiff Oscar Ibanez ("Plaintiff") and Defendants Green Meadows Design and Landscaping, Inc., Jeff Thimesch, and Kronda Thimesch ("Defendants") (collectively the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this the 13th day of April, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE